UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DARRYN NICOLE JONES, *et al.*,      :      Case No. 1:16-cv-778
                                    :
         Plaintiffs,                :      Judge Timothy S. Black
                                    :      Magistrate Judge Karen L. Litkovitz
vs.                                 :
                                    :
U.S. BANK NATIONAL                  :
ASSOCIATION, *et al.*,              :
                                    :
         Defendants.                :

**DECISION AND ENTRY**
**ADOPTING THE REPORT AND RECOMMENDATIONS**
**OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 61)**

This case is before the Court pursuant to the Order of General Reference in the

United States District Court for the Southern District of Ohio Western Division to United

States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate

Judge reviewed the pleadings filed with this Court and, on May 17, 2017, submitted a

Report and Recommendations.  (Doc. 61).  Plaintiff filed objections on May 31, 2017.[1]

---

[1] The Court has reviewed Plaintiffs' objections and finds that they are not well taken.  The
Report and Recommendations thoroughly explains why each of Plaintiffs' claims is subject to
dismissal; some claims are subject to issue preclusion due to previous cases, some claims are
barred by the *Rooker Feldman* doctrine as an inappropriate attempt to have this Court conduct
appellate review of an unfavorable state court judgment, *see Rooker v. Fid. Tr. Co.*, 263 U.S.
413, 41516 (1923), and *D.C. Ct. of Appeals v. Feldman*, 460 U.S. 462, 476–87 (1983), and some
claims are simply without merit per the standards imposed by Federal Rule of Civil Procedure
12(b)(6).  The well-reasoned Report and Recommendations speaks for itself.  Plaintiffs'
objections fail to address the points raised in the Report and Recommendations.  The long and
rambling objections, when decipherable, appear mainly to reiterate the same claims as Plaintiff's
initial complaint.

1

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendations should be and is hereby adopted in its entirety. Accordingly, **IT IS ORDERED** that:

1)     Defendants' motions to dismiss (Docs. 35, 37) are **GRANTED**;

2)     All additional pending motions (Docs. 49, 51, 54, 55, 58, 59, 67, 68) are **DENIED AS MOOT**;

3)     The Clerk shall enter judgment accordingly, whereupon this case shall be **CLOSED.**

**IT IS SO ORDERED**.

Date:   8/16/17                          *s/ Timothy S. Black*
                                               Timothy S. Black
                                               United States District Judge